JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** <br> Plaintiff, <br> v. <br> **JOSE LUIS MARTINEZ,** <br> Defendant. | Case No. CV 13-08967 WDK-PLA <br><br> **JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Jose Luis Martinez a/k/a Jose Luis M. Martinez Deloza, individually and d/b/a Good Time Lounge a/k/a Vagabond Lounge, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Jose Luis Martinez a/k/a Jose Luis M. Martinez Deloza, individually and d/b/a Good Time Lounge a/k/a Vagabond Lounge, shall pay the plaintiff, J & J Sports Productions, Inc., $6,600.00 in total damages.

///
///
///

1    IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2 mail or by telefax or by email, copies of this Judgment on counsel for the
3 defendant or the pro se defendant in this matter.

Dated: September 10, 2015

_____
William Keller
United States District Judge