Thomas P. Riley Esq SBN 194706
Law Office of Thomas P. Riley PC
1114 Fremont Avenue
South Pasadena, Ca 91030
Phone; 626-799-9797
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,         )
                          Plaintiff,   vs.       )  Case No.: 2:13-cv-08967-WDK-PLA

Jose Luis Martinez,                  )   **RENEWAL OF JUDGMENT BY CLERK**
                          Defendant,    )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant Jose Luis Martinez individually and a/k/a Jose Luis M. Martinez Deloza aba Good Time Lounge a/ka Vagabond Louge, entered on September 11, 2015, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 6,600.00 |
| b. | Costs and fees after judgment | $ | 0.00 |
| c. | **Subtotal** *(add a and b)* | **$** | **6,600.00** |
| d. | Credits | $ | 0.00 |
| e. | **Subtotal** *(subtract d from c)* | **$** | **6,600.00** |
| f. | Interest after judgment (.015%) | $ | 891.00 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| h. | **Total renewed judgment** (add e, f and g) | $ | 7,491.00 |

Dated: June 17, 2025     CLERK, by Deputy _____